IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MICHAEL A. COCKERHAM,** | : | **CIVIL ACTION** |
| Plaintiff, | : | |
| | : | |
| v. | : | NO. 23-335 |
| | : | |
| **MARJORIE ANN COCKERHAM,** | : | |
| Defendant. | : | |

# ORDER

**AND NOW**, this 1st day of May 2023, upon consideration of Plaintiff Michael A. Cockerham's Motion for leave to proceed *in forma pauperis* (DI 1), his *pro se* Amended Complaint (DI 9), assorted exhibits (DI 6-8, 10-12), and a Request to File Electronically (DI 5), it is **ORDERED**:

1. Mr. Cockerham's Motion for leave to proceed *in forma pauperis* (DI 1) is **GRANTED**.

2. The Amended Complaint is **DEEMED** filed.

3. Mr. Cockerham's Request to File Electronically (DI 5) is **DENIED AS MOOT**.[1]

4. For the reasons stated in the Court's Memorandum, the Amended Complaint is **DISMISSED** as follows:

    a. Mr. Cockerham's claims brought pursuant to 42 U.S.C. § 1983 are **DISMISSED WITH PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii); and,

---

[1] A review of the docket shows that Mr. Cockerham apparently resolved any issue with electronic filing as he appears to have successfully filed all of his submissions.

2

        b.      Mr. Cockerham's state law claims are **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction, and he may pursue those claims in the appropriate state court.

    5.      The Clerk of Court is **DIRECTED** to **close** this case.

*[signature]*
**MURPHY, J.**